IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

       Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware corporation,
DOUGLAS DUNCAN, CEO, FedEx Freight System, Inc., an individual,
DAVID ZANCA, Senior Vice President IT, FedEx Freight System, Inc., an individual,
TERRY STAMBAUGH, Vice President Human Resources, FedEx Freight System, Inc.,
an individual,
RITA MOORE, Managing Director, FedEx Freight System, Inc., an individual,
STEVE MOORE, Vice President IT Development, FedEx Freight System, Inc.,
an individual,
SANDRA SIMPSON, Human Resources, FedEx Freight System, Inc., an individual, and
BONITA LUCKY, Human Resources, FedEx Freight System, Inc., an individual,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

    IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings.  Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 6th day of March, 2006

                                      **BY THE COURT:**

                                      *[signature]*
                                      _____

                                      Marcia S. Krieger
                                      United States District Judge