IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware corporation,
DOUGLAS DUNCAN, CEO, FedEx Freight System, Inc., an individual,
DAVID ZANCA, Senior Vice President IT, FedEx Freight System, Inc., an individual,
TERRY STAMBAUGH, Vice President Human Resources, FedEx Freight System, Inc., an individual,
RITA MOORE, Managing Director, FedEx Freight System, Inc., an individual,
STEVE MOORE, Vice President IT Development, FedEx Freight System, Inc., an individual,
SANDRA SIMPSON, Human Resources, FedEx Freight System, Inc., an individual, and
BONITA LUCKY, Human Resources, FedEx Freight System, Inc., an individual,

    Defendants.

_____

### ORDER DISMISSING DEFENDANTS DOUGLAS DUNCAN AND DAVID ZANCA AND AMENDING CAPTION
_____

The Court has reviewed the parties' "Stipulation for Dismissal of Defendants Douglas Duncan and David Zanca, Amendment of Caption, and Clarification of Pending Motions," **(#57)** and the file, and is advised in the matter:

1. Pursuant to the parties' Stipulation, the Court hereby dismisses with prejudice all claims asserted in this action against Defendants Douglas Duncan and David Zanca.

2. The caption in this case is hereby amended to remove these defendants, and shall appear as it is set forth above on this Order.

3. "Defendants David Zanca, Terry Stambaugh, Sandra Simpson, and Douglas Duncan's Motion to Dismiss Plaintiff's Second Amended Complaint, and Related Motion to Stay Plaintiff's Claims Against These Defendants," filed December 19, 2005, is moot and has been withdrawn.

4. The only pending issues before the Court are contained in defendants' "Motion to Dismiss, or in the Alternative, Motion for More Definite Statement, and Motion to Strike Exemplary Damages Claim," which was filed December 19, 2005, and is fully briefed. Defendants have withdrawn their claim for sanctions in that Motion and, thus, the Court will not consider that issue when ruling on the Motion.

Dated this 7th day of April 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge