IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

vs.

FEDEX FREIGHT SYSTEM, INC., a Delaware corporation, et al.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2006.**

For good cause shown, the Defendants' Unopposed Motion to Amend the Scheduling Order Deadlines for Expert Disclosures [Filed July 31, 2006; Docket #66] is **granted,** in part, and **denied**, in part**.**

The motion demonstrates the cause required for an extension of the expert disclosure deadlines. However, the extension of the expert disclosure deadlines directly impacts the general fact discovery and dispositive motion deadlines in this case, which may or may not be an issue of concern to the parties, which perhaps explains why it was not addressed by the motion. In the interests of judicial economy, and based upon the good cause shown for extension of the expert disclosure deadline, the Court *sua sponte* determines that the general fact discovery and dispositive motion deadlines shall also be extended. Extension of these deadlines will not prejudice or impact the conference or trial deadlines set in this case. Accordingly, the following case management deadlines shall hereafter govern this case:

- Discovery Cutoff:               November 15, 2006
- Dispositive Motion Deadline:    December 15, 2006
- Expert Witness Disclosure:      September 15, 2006
- Rebuttal Expert Witness Disclosure:  October 16, 2006

The parties are cautioned that absent truly exceptional circumstances, no further extensions of these deadlines will be granted.