IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware corporation,
TERRY STAMBAUGH, Vice President Human Resources, FedEx Freight System, Inc., an individual,
RITA MOORE, Managing Director, FedEx Freight System, Inc., an individual,
STEVE MOORE, Vice President IT Development, FedEx Freight System, Inc., an individual,
SANDRA SIMPSON, Human Resources, FedEx Freight System, Inc., an individual, and
BONITA LUCKY, Human Resources, FedEx Freight System, Inc., an individual,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation for Dismissal of Defendant Bonita Lucky **(#69).** The Court being fully advised in the foregoing,

**ORDERS** that the Stipulation for Dismissal of Defendant Bonita Lucky **(#69)** is **GRANTED** and Defendant Bonita Lucky is dismissed from this action. The caption shall be amended to delete any reference to Defendant Bonita Lucky.

Dated this 6th day of September, 2006

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge