IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

vs.

FEDEX FREIGHT SYSTEM, INC., a Delaware corporation, et al.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2006.**

    Defendant has demonstrated exceptional circumstances for an extension of the deadline in which to submit their vocational expert in this matter. Accordingly, Defendant's Second Unopposed Motion to Amend the Scheduling Order Deadlines for Expert Disclosures [Filed September 13, 2006; Docket #72] is **granted** with regard to this expert only.

    Therefore, the Defendant shall have until and including October 16, 2006, in which to serve its initial expert disclosures solely with regard to their vocational expert in this matter. Plaintiff shall have until and including November 15, 2006, in which to serve his rebuttal disclosures in this regard. The parties shall have until and including November 30, 2006, in which to complete their discovery with regard to Defendant's vocational expert.