IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

vs.

FEDEX FREIGHT SYSTEM, INC., a Delaware corporation, et al.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2006.**

    For good cause shown, Defendants' Unopposed Motion to Amend the Deadline for Dispositive Motions [Filed December 15, 2006; Docket #89] is **granted**. The deadline for dispositive motions in this matter is extended to and including January 12, 2007.