IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02370-MSK-MEH

ANGELO THOMAS GRUPPO,

    Plaintiff,

vs.

FEDEX FREIGHT SYSTEM, INC., a Delaware corporation, et al.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2007.**

    Defendants indicating no opposition, and the request being timely following the December 15, 2006, telephonic conference in this matter, the Plaintiff's Motion to Amend Complaint [<u>Filed January 3, 2007; Docket #93</u>] is **granted**.

    On or before January 8, 2007, the Plaintiff shall file his Third Amended Verified Complaint and Jury Demand with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Third Amended Verified Complaint and Jury Demand shall be in the same format and substance of that which was tendered with Plaintiff's Motion to Amend Complaint on January 3, 2007.