# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                           Date: July 3, 2007
Court Reporter:     Paul Zuckerman

Civil Action No. 05-cv-02370-MSK-MEH

*Parties*:                                                    *Counsel Appearing:*

ANGELO THOMAS GRUPPO,                                         Lisa Stevens

       Plaintiff,

v.

FEDEX FREIGHT SYSTEM, INC.,                                   Kelly Robinson
TERRY STAMBAUGH,                                              Christian Hendrickson
RITA MOORE,
STEVE MOORE, and
SANDRA THOMPSON,

       Defendants.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**8:04 a.m.   Court in session.**

Counsel for plaintiff is present. Plaintiff is not present.

Counsel and client representative for defendants are present.

**ORDER:**   Counsel for plaintiff shall purchase on an expedited basis a transcript of these proceedings and transmit to the plaintiff. The client shall not bear the cost of the transcript.

**ORDER:**   Defendants' Motion to Clarify Deadline for Filing Reply Brief in Support of Motion for Summary Judgment **(#108)** is **DENIED,** as moot.

**ORDER:**   Defendants' Motion to Strike Wage Loss Opinions of Plaintiff's Designated Rebuttal Expert John Drew **(Doc. #110)** is **GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

The Court advises counsel to reassess the amount of time necessary for trial, the witness and exhibit lists, in light of the Court's ruling on summary judgment.

**ORDER**: Proposed final pretrial order to be filed by **July 6, 2007**, and shall incorporate the Court's summary judgment ruling.

**ORDER:** Revised witness and exhibit lists to be submitted by **July 6, 2007,** and shall incorporate the Court's summary judgment ruling.

**ORDER:** Continued Final Pretrial Conference set for **July 9, 2007 at 10:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

The Court addresses trial dates of October 15, 2007 and December 17, 2007. Counsel will confer with their clients and witnesses and advise the Court on the trial date at the continued Final Pretrial Conference on July 9, 2007.

Defendant makes an oral motion for plaintiff to supplement her wage loss information no later than July 5, 2007.

**ORDER:** Defendants' oral motion for plaintiff to supplement wage information is **GRANTED.** Plaintiff will supply the information requested to defendants no later than **July 5, 2007.**

**8:40 a.m.** Court in recess.

**Total Time:** 36 minutes.
**Hearing continued.**