IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02370-MSK-KLM

ANGELO THOMAS GRUPPO,

      Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware corporation,
TERRY STAMBAUGH, Vice President Human Resources, FedEx Freight System, Inc.,
an individual,
RITA MOORE, Managing Director, FedEx Freight System, Inc., an individual,
STEVE MOORE, Vice President IT Development, FedEx Freight System, Inc.,
an individual, and
SANDRA SIMPSON, Human Resources, FedEx Freight System, Inc., an individual,

      Defendants.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

      The following matter is set for hearing on the law and motion calendar of Judge Marcia S.

Krieger to be held on **Friday, November 30, 2007 at 3:00 p.m.** in the United States District

Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th

Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than

15 minutes.  Counsel shall *bring their calendars.*

      The parties shall be prepared to address the disciplinary action taken by the Colorado

Supreme Court against Lisa Welch Stevens, counsel for Plaintiff, and the effect this will have on

the trial set to commence in this Court on December 17, 2007.

      Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and

any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 26th day of November, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge