IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02370-MSK-KLM

ANGELO THOMAS GRUPPO,

    Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware corporation,
TERRY STAMBAUGH, Vice President Human Resources, FedEx Freight System, Inc.,
an individual,
RITA MOORE, Managing Director, FedEx Freight System, Inc., an individual,
STEVE MOORE, Vice President IT Development, FedEx Freight System, Inc.,
an individual, and
SANDRA SIMPSON, Human Resources, FedEx Freight System, Inc., an individual,

    Defendants.
_____

## ORDER VACATING LAW AND MOTION HEARING
_____

THIS MATTER comes before the Court following the filing of Plaintiff's Notice of Reinstatement of Counsel [Doc. #142]. In view of said notice,

**IT IS ORDERED** that the Law and Motion hearing set for Friday, November 30, 2007, at 3:00 p.m. to address the disciplinary action of counsel is **VACATED**.

DATED this 26th day of November, 2007.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge