# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: December 17, 2007
Court Reporter:     Paul Zuckerman

Civil Action No. 05-cv-02370-MSK-KLM

*Parties*:                                   *Counsel*:

ANGELO THOMAS GRUPPO,                         Lisa Stevens


            Plaintiff,

v.

FEDEX FREIGHT SYSTEMS, INC., a Delaware       Kelly Robinson
corporation,                                  Christian Hendrickson
TERRY STAMBAUGH, Vice President Human
Resources, FedEx Freight System, Inc.,
an individual,
RITA MOORE, Managing Director, FedEx Freight
System, Inc., an individual,
STEVE MOORE, Vice President IT Development,
FedEx Freight System, Inc.,
an individual, and
SANDRA SIMPSON, Human Resources, FedEx
Freight System, Inc., an individual,

            Defendants.

---

# COURTROOM MINUTES

---

HEARING: Jury Trial Day One

**1:24 p.m.        Court in session**

All parties and their counsel are present.

Preliminary matters from counsel addressed by the Court.

**ORDER:**      Defendants' Motion in Limine (damages) **(Doc. #125)** is **GRANTED.**

**ORDER:**      Defendants' Motion in Limine (Terry Stambaugh) **(Doc. #126)** is **GRANTED.**

**1:32 p.m.        Court in recess**
**1:42 p.m.        Court in session**

Plaintiff makes an oral motion to dismiss the claims against defendants Moore and Simpson.

**ORDER:**      The claims against Ms. Moore and Ms. Simpson are **DISMISSED.**  They are
              excused from the trial.

Jury present.

Court's preliminary comments.

Jurors sworn for voir dire.

Voir dire by the Court.

**3:09 p.m.       Court in recess**
**3:25 p.m.       Court in session**

Continued voir dire by the Court.

Counsel exercise their challenges.

Jurors sworn to try the case.

Court instructs the jury.

Opening statement of plaintiff by Ms. Stevens.

Opening statement of defendant by Ms. Robinson.

4:39 p.m.       Jury excused.

**4:41 p.m.       Court in recess**

**Total Time:     2 hours 50 minutes**
**Trial continued.**